BRYAN CAVE LLP
Christine B. Cesare
Scott H. Kaiser
1290 Avenue of the Americas
New York, New York
Telephone: (212) 541-2000
Facsimile: (212) 541-4630
cbcesare@bryancave.com
scott.kaiser@bryancave.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANH NGUYET TRAN, et al.,

      Plaintiffs,     Case No: 13-cv-580 (RPP)

   v.

BANK OF NEW YORK now known as BANK OF
NEW YORK MELLON by merger and/or acquisition,
et al.,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## RULE 7.1 STATEMENT OF
## DEFENDANTS THE BANK OF NEW YORK MELLON, AS TRUSTEE

  Defendants The Bank of New York Mellon as Trustee of the Alternative Loan Trust 2005-17; The Bank of New York Mellon as Trustee of the CHL Mortgage Pass-Through Trust 2007-HYB2; The Bank of New York Mellon as Trustee of the Alternative Loan Trust 2006-OA6; The Bank of New York Mellon as Trustee of the CHL Mortgage Pass-Through Trust 2005-HYB6; The Bank of New York Mellon as Trustee of the Alternative Loan Trust 2005-58; The Bank of New York Mellon as Trustee of the CHL Mortgage Pass-Through Trust 2007-HY6; The Bank of New York Mellon as trustee of the CHL Mortgage Pass-Through Trust 2005-11; The Bank of New York Mellon as trustee of the CHL Mortgage Pass-Through Trust 2007-3; The

1744942.1\0348072

Bank of New York Mellon as trustee of the CWHEQ Home Equity Loan Trust, Series 2007-S2; The Bank of New York Mellon as trustee of the Bear Stearns ALT-A Trust 2005-4; The Bank of New York Mellon as Trustee of the Alternative Loan Trust 2006-OA19; The Bank of New York Mellon as Trustee of the Alternative Loan Trust 2006-OA19; The Bank of New York Mellon as Trustee of the CHL Mortgage Pass-Through Trust 2006-HYB5; and The Bank of New York Mellon as Trustee of the Alternative Loan Trust 2006-29T1, each sued as "Bank of New York now known as Bank of New York Mellon by Merger and/or acquisition," by their attorneys, Bryan Cave LLP, hereby certify pursuant to FED. R. CIV. P. 7.1 as follows:

The Bank of New York Mellon Corporation is the parent and 100% shareholder of The Bank of New York Mellon.

Dated: New York, New York
August 1, 2013

BRYAN CAVE LLP

By  /s/ Christine B. Cesare
    Christine B. Cesare
    Scott H. Kaiser
1290 Avenue of the Americas
New York, New York  10104
Phone: 212-541-2000
Fax: 212-541-4630
cbcesare@bryancave.com
scott.kaiser@bryancave.com