**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ANH NGUYET TRAN, et al.,

                        Plaintiffs,

-v-

BANK OF NEW YORK, et al.,

                        Defendants.

-----------------------------------------------------------------X

Case No.: 13-cv-580 (RPP)

**U.S. BANK NATIONAL**
**ASSOCIATION'S**
**RULE 7.1 DISCLOSURE**
**STATEMENT**

U.S. Bank National Association ("U.S. Bank"), solely in its capacities as Trustee of the Citigroup Mortgage Loan Trust 2007-6, Trustee of the Lehman Mortgage Trust 2007-6, Trustee of the Merrill Lynch Mortgage Investors Trust, Series 2006-HE6, Trustee of the GSAA Home Equity Trust 2006-12, Indenture Trustee of the Citigroup Mortgage Loan Trust 2005-11, Trustee of the First Franklin Mortgage Loan Trust 2005-FF9, Trustee of the First Franklin Mortgage Loan Trust, Series 2007-FF2, Trustee of the First Franklin Mortgage Loan Trust, Series 2007-FFC, Trustee of the Structured Adjustable Rate Mortgage Loan Trust 2005-8XS, Trustee of the Lehman XS Trust, Series 2005-2, Trustee of the Banc of America Funding 2006-6 Trust, Trustee of the Bear Stearns ALT-A Trust 2006-3, and Trustee of the CSMC Mortgage-Backed Trust Series 2006-5, states in accordance with Rule 7.1 of the Federal Rules of Civil Procedure as follows:

U.S. Bank National Association is a wholly owned subsidiary of U.S. Bancorp, a publicly held Delaware corporation.  U.S. Bancorp is traded on the New York Stock Exchange under the symbol "USB."  No publicly held corporation owns 10 percent or more of the stock of U.S. Bancorp.

Dated: New York, New York
       August 2, 2013

s/Eric R. Sherman
Eric R. Sherman
*admitted pro hac vice*
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600
sherman.eric@dorsey.com

Christopher G. Karagheuzoff (CK-1122)
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
(212) 415-9200
karagheuzoff.chris@dorsey.com

*Attorneys for Defendants U.S. Bank National
Association as Trustee of the Citigroup
Mortgage Loan Trust 2007-6, U.S. Bank
National Association as Trustee of the Lehman
Mortgage Trust 2007-6, U.S. Bank National
Association as Trustee of the Merrill Lynch
Mortgage Investors Trust, Series 2006-HE6,
U.S. Bank National Association as Trustee of
the GSAA Home Equity Trust 2006-12, U.S.
Bank National Association as Indenture Trustee
of the Citigroup Mortgage Loan Trust 2005-11,
U.S. Bank National Association as Trustee of
the First Franklin Mortgage Loan Trust 2005-
FF9, U.S. Bank National Association as Trustee
of the First Franklin Mortgage Loan Trust,
Series 2007-FF2, U.S. Bank National
Association as Trustee of the First Franklin
Mortgage Loan Trust, Series 2007-FFC, U.S.
Bank National Association as Trustee of the
Structured Adjustable Rate Mortgage Loan
Trust 2005-8XS, U.S. Bank National Association
as Trustee of the Lehman XS Trust, Series 2005-
2, U.S. Bank National Association as Trustee of
the Banc of America Funding 2006-6 Trust, U.S.
Bank National Association as Trustee of the
Bear Stearns ALT-A Trust 2006-3, and U.S.
Bank National Association as Trustee of the
CSMC Mortgage-Backed Trust Series 2006-5*