**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

ANH NGUYET TRAN, et al.,

                     Plaintiffs,

-v-

BANK OF NEW YORK, et al.,

                     Defendants.

------------------------------------------------------------------X

Case No.: 13-cv-580 (RPP)

**DEFENDANTS' NOTICE OF JOINT MOTION TO DISMISS THE AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO SEVER PLAINTIFFS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the undersigned Defendants will move this Court, the Honorable Robert P. Patterson, on a date and at a time designated by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York, for an order pursuant to Rules 12(b)(6), 9(b), and/or 21 of the Federal Rules of Civil Procedure granting Defendants' Joint Motion To Dismiss The Amended Complaint Or, In The Alternative, To Sever Plaintiffs.

Dated: New York, New York
August 2, 2013

    s/Eric R. Sherman
Eric R. Sherman
*admitted pro hac vice*
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600
sherman.eric@dorsey.com

Christopher G. Karagheuzoff
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
(212) 415-9200
karagheuzoff.chris@dorsey.com

*Attorneys for Defendants U.S. Bank National Association as Trustee of the Citigroup Mortgage Loan Trust 2007-6, U.S. Bank National Association as Trustee of the Lehman Mortgage Trust 2007-6, U.S. Bank National Association as Trustee of the Merrill Lynch Mortgage Investors Trust, Series 2006-HE6, U.S. Bank National Association as Trustee of the GSAA Home Equity Trust 2006-12, U.S. Bank National Association as Indenture Trustee of the Citigroup Mortgage Loan Trust 2005-11, U.S. Bank National Association as Trustee of the First Franklin Mortgage Loan Trust 2005-FF9, U.S. Bank National Association as Trustee of the First Franklin Mortgage Loan Trust, Series 2007-FF2, U.S. Bank National Association as Trustee of the First Franklin Mortgage Loan Trust, Series 2007-FFC, U.S. Bank National Association as Trustee of the Structured Adjustable Rate Mortgage Loan Trust 2005-8XS, U.S. Bank National Association as Trustee of the Lehman XS Trust, Series 2005-2, U.S. Bank National Association as Trustee of the Banc of America Funding 2006-6 Trust, U.S. Bank National Association as Trustee of the Bear Stearns ALT-A Trust 2006-3, and U.S. Bank National Association as Trustee of the CSMC Mortgage-Backed Trust Series 2006-5*

s/Christine B. Cesare
Christine B. Cesare
Scott H. Kaiser
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 541-2000
cbcesare@bryancave.com
scott.kaiser@bryancave.com

Nafiz Cekirge
BRYAN CAVE LLP
120 Broadway, Suite 300
Los Angeles, CA 90401
(310) 576-2100
nafiz.cekirge@bryancave.com

*Attorneys for Defendants The Bank of New York Mellon as Trustee of the Alternative Loan Trust 2005-17, The Bank of New York Mellon as Trustee of the CHL Mortgage Pass-Through Trust 2007-HYB2, The Bank of New York Mellon as Trustee of the Alternative Loan Trust 2006-OA6, The Bank of New York Mellon as Trustee of the CHL Mortgage Pass-Through Trust 2005-HYB6, The Bank of New York Mellon as Trustee of the Alternative Loan Trust 2005-58, The Bank of New York Mellon as Trustee of the CHL Mortgage Pass-Through Trust 2007-HY6, The Bank of New York Mellon as trustee of the CHL Mortgage Pass-Through Trust 2005-11, The Bank of New York Mellon as trustee of the CHL Mortgage Pass-Through Trust 2007-3, The Bank of New York Mellon as trustee of the CWHEQ Home Equity Loan Trust, Series 2007-S2, The Bank of New York Mellon as trustee of the Bear Stearns ALT-A Trust 2005-4, The Bank of New York Mellon as Trustee of the Alternative Loan Trust 2006-OA19, The Bank of New York Mellon as Trustee of the Alternative Loan Trust 2005-22T1, The Bank of New York Mellon as Trustee of the CHL Mortgage Pass-Through Trust 2006-HYB5, and The Bank of New York Mellon as Trustee of the Alternative Loan Trust 2006-29T1*

s/Bernard J. Garbutt III
Bernard J. Garbutt III
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000
bgarbutt@morganlewis.com

Thomas J. Sullivan
*pro hac vice pending*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000
tsullivan@morganlewis.com

*Attorneys for Defendants*
*Deutsche Bank National Trust Company, solely in its capacity as Trustee of the American Home Mortgage Assets Trust 2006-1, Deutsche Bank National Trust Company, solely in its capacity as Trustee of the Impac Secured Assets Trust 2006-5, Deutsche Bank National Trust Company, solely in its capacity as Trustee of the RALI Series 2006-QS8 Trust, Deutsche Bank National Trust Company, solely in its capacity as Trustee of the IXIS Real Estate Capital Trust 2006-HE3, Deutsche Bank National Trust Company, solely in its capacity as Trustee of the Fremont Home Loan Trust 2005-1, and Deutsche Bank National Trust Company, solely in its capacity as Trustee of the GSAMP Trust 2006-HE1*

s/Brian S. McGrath
Allison J. Schoenthal
Lisa J. Fried
Brian S. McGrath
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000
allison.schoenthal@hoganlovells.com
lisa.fried@hoganlovells.com
brian.mcgrath@hoganlovells.com

*Attorneys for Defendants*
*HSBC Bank USA National Association as Trustee of the Opteum Mortgage Acceptance Corp. 2005-1, HSBC Bank USA National Association as Trustee of the Merrill Lynch Alternative Note Asset Trust 2007-A2, Wells Fargo Bank National Association as Trustee of the Securitized Asset Backed Receivables LLC Trust 2005-HE1, and Wells Fargo Bank National Association as Trustee of the GreenPoint Mortgage Funding Trust 2005-AR4*